

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00357-CV

**IN RE A PURPORTED LIEN OR CLAIM
AGAINST HELVETIA ASSET RECOVERY, INC.**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant is indigent; no costs are taxed in this appeal.

SIGNED July 22, 2015.

_____
Patricia O. Alvarez, Justice